CENTER FOR DISABILITY ACCESS
Chris Carson, Esq., SBN 280048
Phyl Grace, Esq., SBN 171771
Dennis Price, Esq., SBN 279082
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Rd., St. 300
San Diego, CA 92131
(858) 375-7385
phylg@potterhandy.com
Attorneys for Plaintiff

THE KARLIN LAW FIRM LLP
L. Scott Karlin (SBN 90605)
lsk@karlinlaw.com
David E. Karlin (SBN 275905)
david@karlinlaw.com
13522 Newport Avenue, Suite 201
Tustin, California 92780
Telephone: (714) 731-3283
Facsimile: (714) 731-5741
Attorneys for Defendant
PERA, a California Corporation



Case is dismissed, with prejudice. The Clerk shall close the case.
DATED: 2/12/2019

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL LOVE,<br><br>     Plaintiff,<br>v.<br>SAN FRANCISCO/MORAGA PROPERTY, INC., a California Corporation; REZA AMIRI; PERA, a California Corporation; and Does 1-10,<br><br>     Defendants. | Case No.: 3:18-CV-06319-TSH<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.C.P. 41 (a)(1)(A)(ii)** |

     Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

| | | |
|---|---|---|
| 1 | Dated: February 12, 2019 | CENTER FOR DISABILITY ACCESS |
| 2 | | |
| 3 | | By: /s/ Amanda Lockhart Seabock |
| 4 | | Amanda Lockhart Seabock<br>Attorneys for Plaintiff |
| 5 | | |
| 6 | Dated: February 12, 2019 | THE KARLIN LAW FIRM LLP |
| 7 | | |
| 8 | | |
| 9 | | By: /s/ David E. Karlin<br>L. Scott Karlin |
| 10 | | David E. Karlin<br>Attorneys for Defendant |
| 11 | | PERA, a California Corporation |

**SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to David E. Karlin, counsel for PERA, a California Corporation, and that I have obtained authorization to affix his electronic signature to this document.

Dated: February 12, 2019        CENTER FOR DISABILITY ACCESS

By:   /s/ Amanda Lockhart Seabock
      Amanda Lockhart Seabock
      Attorneys for Plaintiff